FILED

February 17, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002423471

**2**
D. Justin Harelik, Bar No. 236710
**Price Law Group, APC**
15760 Ventura, 11th Floor
Encino, CA 91436
((818) 205-2480 Telephone
(818) 907-2180 Fax
E-mail: harelik@pricelawgroup.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No: 10-20725-B-7 |
| **JENNIFER ANN WEST,** | Docket Control No.: PLG-1<br>Chapter 7 |
| Debtor. | |
| | Date: March 16, 2010<br>Time: 9:32 a.m.<br>Place: United States Bankruptcy Court<br>501 "I" Street<br>6th Floor, Courtroom 32<br>Sacramento, CA |

## MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON PROPERTY OF THE ESTATE AND TO ALLOW DEBTOR TO SELL REAL PROPERTY

This is a Motion by Debtor, Jennifer Ann West, pursuant to Bankruptcy Code Section 554(b), for an Order abandoning any interest which Trustee John W. Reger may have in Debtor's interest in a property located at 461-595 Lakecrest Road, Janesville CA 96114 (hereinafter "Property"), on the grounds that the Property of the estate have inconsequential value and benefit to the estate. Attached hereto and incorporated as Exhibit "1" is a copy of Debtor's credit report showing the balances for the first and second mortgages due on the Citimortgage and TriCounty Bank,

-1-

1   respectively, totaling $235,858. Attached hereto and incorporated as Exhibit "2" is a copy of

2   Debtor's Schedule A showing the value of the property at $260,000.

3         Pursuant to Bankruptcy Code Section 554(b), "On request of a party in interest and after

4   notice and a hearing, the court may order the Trustee to abandon any property of the estate that is

5   burdensome to the estate or that is of inconsequential value and benefit to the estate."

6         In the case at hand, the Property in question clearly have inconsequential value to the estate,

7   and it is therefore respectfully requested that the Court grant an order abandoning any interest which

8   Bankruptcy Trustee John W. Reger may have in the subject Property.

9

10   Dated: <u>February 16, 2010</u>                 **PRICE LAW GROUP, APC**

11

12

13

14                                D. Justin Harelik,
                               Attorney for Debtor