FILED
February 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002423474

D. Justin Harelik, Bar No. 236710
**Price Law Group, APC**
15760 Ventura, 11th Floor
Encino, CA 91436
(818) 205-2480 Telephone
(818) 907-2180 Fax
E-mail: harelik@pricelawgroup.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>**JENNIFER ANN WEST,**<br><br>Debtor. | Case No: 10-20725-B-7<br><br>Docket Control No.: PLG-1<br>Chapter 7<br><br>Date: March 16, 2010<br>Time: 9:32 a.m.<br>Place: United States Bankruptcy Court<br>501 "I" Street<br>6th Floor, Courtroom 32<br>Sacramento, CA |

### DECLARATION OF JENNIFER ANN WEST IN SUPPORT OF DEBTOR'S MOTION FOR ABANDONMENT OF REAL PROPERTY

I, JENNIFER ANN WEST, hereby declare:

1. I am the Debtor in the above-entitled Chapter 7 Bankruptcy, and if called as a witness I could competently testify to those facts set forth below of my own personal knowledge.

2. In my schedules I listed the real property which is the subject of this motion, which is located at 461-595 Lakecrest Road, Janesville CA 96114.

-1-

3. The property is of minimal value and benefit to the estate. The property will sell for $234,500.

4. This will not be a short sale. I will have to pay off the remaining balance owed.

5. I owe a total of $235,858 on my 1st and 2nt mortgages with Citimortgage and TriCounty Bank, respectively. A true and correct copy of my credit report showing the balances due on my 1st and 2nd mortgages is attached and incorporated as Exhibit "1".

6. I will not receive any money from the sale of the property. The property was appraised in or around November 17, 2009. The value as stated in the appraisal was $279,000.00. I did receive an appraisal on the property in 2009, but I have never been offered any amount near that value.

7. Based on my knowledge as a homeowner of my house and of recent market conditions in my area, I believe my home is currently worth $260,000. Attached hereto and incorporated as Exhibit "2" is a copy of my Schedule A.

Executed on the date indicated below in Sacramento, California.

Dated: 2/17/2016

Jennifer Ann West