FILED
February 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002423476

**12**

D. Justin Harelik, Bar No. 236710
**Price Law Group, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
(818) 205-2480 Telephone
(818) 907-2180 Fax
E-mail: harelik@pricelawgroup.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

In re:

**JENNIFER ANN WEST,**

Debtor.

Case No: 10-20725-B-7

Docket Control No.: PLG-1
Chapter 7

Date: May 26, 2009
Time: 9:32 a.m.
Place: United States Bankruptcy Court
501 "I" Street
7th Floor, Courtroom 28
Sacramento, CA

## EXHIBITS 1 - 2 TO DEBTOR'S MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON PROPERTY OF THE ESTATE AND TO ALLOW DEBTOR TO SELL REAL PROPERTY

| Exhibit No. | Document Title | Page |
|---|---|---|
| 1 | Credit Report | 2-3 |
| 2 | Schedule A | 5 |

Dated: February 16, 2010

_D. Justin Harelik_
D. Justin Harelik
Attorney for Debtors

-1-

EXHIBIT 1

# CONSUMER LIABILITY REPORT
PROVIDED BY CIN LEGAL DATA SERVICES ◯ A CREDIT INFONET SOLUTION

4540 Honeywell Ct.  |  866.218.1003 (p)
Dayton, Ohio 45424  |  866.307.1003 (f)



CIN LEGAL DATA SERVICES
A CREDIT INFONET SOLUTION

## Client & Report Information

| | |
|---|---|
| **Primary Client Name & SSN:** | Jennifer Ann West  XXX-XX-5952 |
| **Secondary Client Name & SSN:** | |
| **Primary Address:** | 461-595 Lakecrest Road, Janesville, CA 96114 |
| **Report Details:** | Report 1296299 Completed on 8/27/2009 for A3363 - CLR 3 Source |

## Summary of Accounts With Balances

| Account Types | Number of Accounts | Total Monthly Payments | Total of Balances Remaining | Number of Past Due Accounts | Percentage of Accounts Past Due | & Total of Amounts Past Due |
|---|---|---|---|---|---|---|
| Installment | 3 | $2,424.00 | $236,415.00 | 0 | 0.00% | $0.00 |
| Revolving | 2 | $64.00 | $2,421.00 | 0 | 0.00% | $0.00 |
| Collection | 0 | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| Unknown | 0 | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| **Totals** | **5** | **$2,488.00** | **$238,836.00** | **0** | **0.00%** | **$0.00** |

## Graphical Overview of Key Account Data

**Monthly Payment by Type**



$2,424.00 Installment
$64.00 Revolving

**Outstanding Balance by Type**



$236,415.00 Installment
$2,421.00 Revolving

## myHorizon™ Credit Score Analysis

POWERED BY creditxpert™

| EXISTING CREDIT SCORE | ESTIMATED 12 MONTH POST - BANKRUPTCY CREDIT SCORE* | NET EFFECT |
|---|---|---|
| 779 | 710 | -69 |

CreditXpert® products are based on information derived from credit reports produced by the major credit reporting agencies. CreditXpert Inc. is not responsible for inaccurate results, including any due to incorrect, missing, outdated credit report information or incorrect assumptions about the future. Scores and score changes predicted by CreditXpert products are only estimates and are not guaranteed. CreditXpert Inc. does not represent that CreditXpert Credit Scores(tm) are identical or similar to credit scores produced by any other company. CreditXpert Inc. is not associated with Fair Isaac Corporation. CreditXpert Inc. is not a credit counseling or a credit repair organization.

The foregoing is not intended to provide or imply warranties of any kind. CreditXpert products are provided on an "as is" basis, and CreditXpert inc. and its distributors disclaim any and all warranties, either express or implied, including but not limited to any warranty of merchantability, fitness for a particular purpose, non-infringement, system integration, non-interference and/or accuracy of informational content.

## Notes & Alerts

| | |
|---|---|
| **Adjustable Rate Mortgage (ARM) Alert** | There were NO Adjustable Rate Mortgages found on this file |
| **File Alert - Address Discrepancy** | Current Input Address does not match the Address(es) on File |

# CONSUMER LIABILITY REPORT
**PROVIDED BY CIN LEGAL DATA SERVICES ○ A CREDIT INFONET SOLUTION**

4540 Honeywell Ct. | 866.218.1003 (p)
Dayton, Ohio 45424 | 866.307.1003 (f)


CIN LEGAL DATA SERVICES
A CREDIT INFONET SOLUTION

## Client & Report Information

| | |
|---|---|
| Primary Client Name & SSN: | Jennifer Ann West  XXX-XX-5952 |
| Secondary Client Name & SSN: | |
| Primary Address: | 461-595 Lakecrest Road, Janesville, CA 96114 |
| Report Details: | Report 1296299 Completed on 8/27/2009 for A3363 - CLR 3 Source |

## Mortgage Liabilities with Balances — 2 Total Mortgage Account(s) with a balance

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type, Last Activity & Past Due $ | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Citimortgage Inc<br>Joint Contractual Liability / Applicant<br>XXXXXX4916<br>Account is: Open, Current Account | $182,579 | $204,500 | 8/2003<br>7/31/2009 | $1,432<br>Mortgage<br>5/7/2009<br>$0 | Citi Mortgage Inc<br>Attention: Bankruptcy Department, PO Box 79022, MS322<br>St. Louis, MO 63179<br>800-231-1736<br>Verified: 7-2009 | Po Box 9438<br>Gaithersburg, MD 20898<br>800-283-7918 |
| Tri Counties Bank<br>Individual / Applicant<br>XXXXXX5760<br>Account is: Open, Current Account | $53,279 | $75,000 | 4/2007<br>7/31/2009 | $899<br>Mortgage<br>7/16/2009<br>$0 | | Po Box 494549<br>Redding, CA 96049<br>530-223-3307 |

**End of Mortgages With Balances**

## Adjustable Rate Mortgage (ARM'd) — Public Record Mortgage Information

| Recorder's Office | Origination Date | Loan Amount & Combined Loan to Value | Initial Interest Rate | Initial Rate Change Date & Next Change Date If Applicable | Incremental Rate Change Cap & Lifetime Rate Cap | First Rate Change Cap | Rate Change Frequency | Index Type & Margin Added to Index Rate |
|---|---|---|---|---|---|---|---|---|

**End of Adjustable Rate Mortgage Details**

## Non-Mortgage Liabilities with Balances — 3 Account(s) with balances

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type, Last Activity & Past Due $ | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Discover Fin Svcs Llc<br>Individual / Applicant<br>XXXXXX9011<br>Account is: Open, Current Account | $2,309 | $11,000 | 2/1995<br>8/9/2009 | $54<br>Revolving<br>8/7/2009<br>$0 | | Po Box 15316<br>Wilmington, DE 19850 |
| Us Dept Of Education<br>Individual / Applicant<br>XXXXXX9521<br>Account is: Open, Current Account | $557 | $15,281 | 10/1995<br>7/31/2009 | $93<br>Installment<br>7/31/2009<br>$0 | Us Dept Of Education<br>Attn: Borrowers Service Dept, PO Box 5609<br>Greenville, TX 75403<br>800-848-0979<br>Verified: 7-2009 | 501 Bleeker Street<br>Utica, NY 13502<br>800-848-0979 |
| Amex<br>Individual / Applicant<br>XXXXXX1133<br>Account is: Open, Current Account | $112 | $11,000 | 10/2006<br>8/2/2009 | $10<br>Revolving<br>8/2/2009<br>$0 | American Express<br>c/o Becket and Lee, PO Box 3001<br>Malvern, PA 19355<br>877-837-8839<br>Verified: 7-2009 | Po Box 297871<br>Fort Lauderdale, FL 33329<br>800-874-2717 |

**End of Non-Mortgage Accounts With Balances**

EXHIBIT 2

In re **Jennifer Ann West** , Case No. **2010-20725**
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Primary residence:**<br>**Location: 461-595 Lakecrest Road, Janesville CA**<br>Fair market value is based on comparables in the area<br>Cost of sale is $20,000 | | - | 260,000.00 | 235,858.00 |
| | | Sub-Total > | 260,000.00 | (Total of this page) |
| | | Total > | 260,000.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)